1  PHILLIP A. TALBERT
Acting United States Attorney
2  JUSTIN L. LEE
Assistant United States Attorney
3  501 I Street, Suite 10-100
Sacramento, CA 95814
4  Telephone: (916) 554-2700

5  Attorneys for Plaintiff
United States of America
6

7

8                    UNITED STATES DISTRICT COURT

9                    EASTERN DISTRICT OF CALIFORNIA

10

11  UNITED STATES OF AMERICA,              CASE NO.  2:18-CR-00009-TLN

12                      Plaintiff,         STIPULATION REGARDING EXCLUDABLE
                                           TIME PERIODS UNDER SPEEDY TRIAL
13             v.                          ACT; FINDINGS AND ORDER

14  VICTOR MAGANA,                         DATE: April 15, 2021
    ISRAEL COVARRUBIAS,                    TIME:  9:30 a.m.
15  MILTON ESCOBEDO, AND                   COURT: Hon. Troy L. Nunley
    JOSE MADRIGAL-VEGA,
16
                        Defendants.
17

18

19                            **STIPULATION**

20         1.     By previous order, this matter was set for status on April 15, 2021.

21         2.     By this stipulation, the defendants now move to continue the status

22  conference until June 17, 2021, at 9:30 a.m., and to exclude time between April 15, 2021,

23  and June 17, 2021, under Local Code T4.

24         3.     The parties agree and stipulate, and request that the Court find the

25  following:

26             a)     The government has represented that the discovery associated with

27  this case includes over 14,000 pages and several hours of recorded telephone

28  conversations.  All of this discovery has been produced directly to counsel.

b)      Defense counsel desires additional time to review the discovery, conduct research into the case, to discuss the case with their clients, and otherwise prepare for trial in this matter.

c)      Counsel for defendants believe that failure to grant the above-requested continuance would deny them the reasonable time necessary for effective preparation, taking into account the exercise of due diligence.

d)      The government does not object to the continuance.

e)      Based on the above-stated findings, the ends of justice served by continuing the case as requested outweigh the interest of the public and the defendant in a trial within the original date prescribed by the Speedy Trial Act.

f)      For the purpose of computing time under the Speedy Trial Act, 18 U.S.C. § 3161, et seq., within which trial must commence, the time period of April 15, 2021, to June 17, 2021, inclusive, is deemed excludable pursuant to 18 U.S.C.§ 3161(h)(7)(A), B(iv) [Local Code T4] because it results from a continuance granted by the Court at defendant's request on the basis of the Court's finding that the ends of justice served by taking such action outweigh the best interest of the public and the defendant in a speedy trial.

4.      Nothing in this stipulation and order shall preclude a finding that other provisions of the Speedy Trial Act dictate that additional time periods are excludable from the period within which a trial must commence.

IT IS SO STIPULATED.


Dated:  April 13, 2021                                PHILLIP A. TALBERT
                                                     Acting United States Attorney


                                                     /s/ JUSTIN L. LEE
                                                     JUSTIN L. LEE
                                                     Assistant United States Attorney

Dated:  April 13, 2021                    /s/ PHIL COZENS
                                          PHIL COZENS
                                          Counsel for Defendant
                                          Victor Magana

Dated:  April 13, 2021                    /s/ CLEMENTE JIMENEZ
                                          CLEMENTE JIMENEZ
                                          Counsel for Defendant
                                          Jose Madrigal-Vega

Dated:  April 13, 2021                    /s/ JARED FAVERO
                                          JARED FAVERO
                                          Counsel for Defendant
                                          Israel Covarrubias

Dated:  April 13, 2021                    /s/ MICHAEL HANSEN
                                          MICHAEL HANSEN
                                          Counsel for Defendant
                                          Milton Escobedo

# FINDINGS AND ORDER

IT IS SO FOUND AND ORDERED this 13th day of April, 2021.

Troy L. Nunley
United States District Judge